UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:97-CR-23-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS JAMES HARRELL | ) | |

This matter is before the court *sua sponte*. On January 5, 2015, the undersigned received a letter from Warden Kenny Atkinson at the Federal Medical Center-Butner ("FMC-Butner"), advising that the defendant, Thomas James Harrell, was admitted to the Mental Health Unit of that facility on December 16, 2014, pursuant to 18 U.S.C. § 4241(d). *See* Request of January 5, 2015 [DE-47] (the "Request"). Previously, on August 6, 2014, the court ordered Harrell committed for a period, not to exceed 4 months, to determine if there was a probability he would attain the capacity to proceed to a hearing on his revocation of supervised release. *See* Order of August 6, 2014 [DE-46]. However, due to a computer error, the Bureau of Prisons could not see the request sent by the United States Marshals concerning Harrell's case. Because of this, the Mental Health Unit at FMC-Butner now needs additional time, specifically until April 14, 2015, to complete Harrell's evaluation, with a report to follow within two weeks of that period.

The four months originally imposed has passed, and, because of the confusion regarding the mental health evaluation request and Harrell's placement at FMC-Butner, the written mental health examination and assessment has not been completed. In order to permit sufficient time to complete the mental health examination and assessment previously ordered, it is ORDERED that the defendant remain in custody for hospitalization and treatment as is necessary to determine

whether there is a substantial probability that, in the foreseeable future, he will attain the capacity to permit these proceedings to go forward. 18 U.S.C. § 4241(d). That custody shall continue until April 28, 2015.

Upon receipt and consideration by the court and counsel for the parties of the mental health examination and assessment, the court will determine whether the defendant should remain hospitalized and receive treatment for an additional reasonable period of time until his mental condition is so improved that the hearing may proceed, or until the pending charges against him are disposed of according to law, whichever is earlier. 18 U.S.C. § 4241(d).

SO ORDERED.

This, the 6th day of January, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge